AO 91 (Rev. 11/82)

# CRIMINAL COMPLAINT

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>CARLOS CORTEZ OSORIO<br>aka "Carlos Cortes" | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>19MJ00548 |

FILED
CLERK, U.S. DISTRICT COURT
FEB 15 2019
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Complaint for violation of Title 8, United States Code, Sections 1326(a), (b)(1): Illegal Alien Found in the United States Following Deportation

| NAME OF MAGISTRATE JUDGE | UNITED STATES MAGISTRATE JUDGE | LOCATION<br>Los Angeles, California |
|---|---|---|
| DATE OF OFFENSE<br>January 12, 2019 | PLACE OF OFFENSE<br>Los Angeles County | ADDRESS OF ACCUSED (IF KNOWN) |

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about January 12, 2019, defendant CARLOS CORTEZ OSORIO, also known as "Carlos Cortes" ("defendant"), an alien, who had been officially deported and removed from the United States on or about November 16, 2007, December 22, 2008, June 9, 2011, April 17, 2012, May 16, 2013, June 5, 2015, and October 1, 2016, was found in Los Angeles County, within the Central District of California, after knowingly and voluntarily re-entering and remaining in the United States without having obtained permission from the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States following deportation and removal.

At least one of defendant's previously alleged deportations and removals from the United States occurred subsequent to defendant's conviction for Carrying Loaded Firearm, Not Registered, in violation of California Penal Code Section 12031(A)(1), in the Superior Court of California, County of Los Angeles, Case Number PA062291-01, for which defendant was sentenced to sixteen months prison.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED: (See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE: N/A

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>MATTHEW A. MAAS           /s/ |
|---|---|
| | OFFICIAL TITLE<br>Deportation Officer, ICE |

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE(1)<br><br>JACQUELINE CHOOLJIAN | DATE<br>February 15, 2019 |
|---|---|

(1) See Federal Rules of Criminal Procedure 3 and 54

AUSA Lauren Restrepo          REC: Detention/Arrest Warrant

## AFFIDAVIT

I, Matthew A. Maas, being duly sworn, declare and state as follows:

### I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant against CARLOS CORTEZ OSORIO, also known as "Carlos Cortes," ("CORTEZ"), charging him with violating Title 8, United States Code, Sections 1326(a) and (b)(1), Illegal Alien Found in the United States Following Deportation.

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and warrant and does not purport to set forth all my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### II. BACKGROUND OF DEPORTATION OFFICER MATTHEW A. MAAS

3. I am a Deportation Officer ("DO") with the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"). I have been a DO with ICE, formerly known as the Immigration and Naturalization Service ("INS"), since September 2015. I am currently assigned to the Los Angeles Enforcement and Removal Operations ("ERO") field office.

### III. STATEMENT OF PROBABLE CAUSE

4. On or about January 12, 2019, the ICE Pacific Enforcement Response Center ("PERC") received an electronic notification based on biometric fingerprint information that CORTEZ was arrested and in the custody of the Los Angeles Police Department ("LAPD"). On or about that same day, the PERC lodged a DHS Immigration Detainer with the LAPD.

5. Based on my training and experience, I know that a DHS "A-File" is a file in which immigration records are maintained for aliens admitted to or found in the United States. I also know that a DHS A-File usually contains photographs, fingerprints, court records of conviction, and records relating to deportation or other actions by INS or DHS with respect to the subject alien for whom the DHS A-File is maintained.

6. On or about January 16, 2019, I obtained and reviewed DHS A-File A095-743-749, which is maintained for the subject alien "CARLOS CORTEZ OSORIO." The A-File contained the following documents and information:

    a. Photographs of the subject alien to whom DHS A-File A095-743-749 corresponds. I compared the photographs in the A-File to photographs taken at the time of CORTEZ's booking into LAPD custody on or about January 12, 2019. I thus determined that DHS A-File A095-743-749 and its contents correspond to CORTEZ.

    b. Seven executed Warrants of Removal/Deportation (Form I-205) indicating that CORTEZ was officially removed from the United States on or about November 16, 2007, December 22,

2

2008, June 9, 2011, April 17, 2012, May 16, 2013, June 5, 2015, and October 1, 2016. I know from my training and experience that a Warrant of Removal/Deportation is executed each time a subject alien is removed and excluded from the United States by ICE (and its predecessor agency, INS) and usually contains the subject's photograph, signature, and fingerprint. The executed Warrants of Removal/Deportation in CORTEZ's DHS A-File contain his photograph, signature, and fingerprint.

   c.   A certified conviction record showing that CORTEZ was convicted on or about July 10, 2008, of Carrying a Loaded Firearm, Not Registered, in violation of California Penal Code Section 12031(a)(1), in the Superior Court of California, County of Los Angeles, Case Number PA062291-01, for which CORTEZ was sentenced to sixteen months' imprisonment.

   d.   Various documents, in addition to the Warrants of Removal/Deportation, indicating that CORTEZ is a native and citizen of Mexico. These documents include: (i) an order of the immigration judge, dated November 15, 2007, ordering CORTEZ removed to Mexico; and (ii) three Record of Sworn Statements, dated April 17, 2012, June 5, 2015 and October 1, 2016, in which CORTEZ admits that he was born in Mexico and is a citizen of Mexico.

   7.   On or about February 12, 2019, I reviewed the printouts of the Criminal Identification Index ("CII"). Based on my training and experience, I know that the CII database tracks and records arrests and convictions of individuals according to an individual's CII number. The CII printouts

3

confirmed that CORTEZ had been convicted of the crime reflected on the documents contained in CORTEZ's DHS A-File.

8. On or about February 12, 2019, I reviewed the printouts of ICE computer indices on CORTEZ. Based on my training and experience, I know that the ICE computer indices track and document each time an alien is deported or excluded from the United States by ICE, was deported or excluded by the former INS, or is granted permission to enter of re-enter the United States. The ICE computer indices confirmed that CORTEZ had been removed, deported, and/or excluded on the dates indicated on the Warrants of Removal/Deportation, found in CORTEZ's DHS A-File. The ICE computer indices further indicated that CORTEZ had not applied for or obtained from the Attorney General or the Secretary of Homeland Security, permission to re-enter the United States.

9. Based on my review of CORTEZ's DHS A-File, I determined that it does not contain any record of his ever applying for or receiving from the Attorney General or the Secretary of Homeland Security, permission to re-enter the United States. Based on my training and experience, I know that such documentation is required to re-enter the United States legally after deportation, and that if such documentation existed, it would ordinarily be found in CORTEZ's DHS A-File.

///

///

## IV. CONCLUSION

10. For all the reasons described above, there is probable cause to believe that CARLOS CORTEZ OSORIO has committed a violation of Title 8, United States Code, Sections 1326(a) and (b)(1), Illegal Alien Found in the United States Following Deportation.

/s/
_____
Matthew A. Maas
Deportation Officer
United States Immigration and
Customs Enforcement

Subscribed to and sworn before me this 14th day of February 2019.

**JACQUELINE CHOOLJIAN**
_____
UNITED STATES MAGISTRATE JUDGE